IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CR08-53ML |
| | * | |
| BRUCE G. LAPIERRE, | * | |
| ALBERT R. MARTIN, and | * | |
| LORRAINE A. MARTIN | * | |
| | * | |
| Defendants | * | |
| | * | |

*******

**MOTION TO SEAL**

**The United States of America** hereby moves that this Motion to Seal and the attached Order, Petition for Disclosure of Grand Jury Materials, and all other documents filed in the above-captioned matter be sealed until further Order of this Court because the defendants have not yet been arrested.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JOHN N. KANE, JR.
JORGE ALMONTE
Trial Attorneys
U.S. Department of Justice,
Tax Division
601 D. Street, N.W., 7th Floor
Washington, DC 20530
john.n.kane.@usdoj.gov
jorge.almonte@usdoj.gov
(202) 514-5150 (main)
(202) 616-1786 (fax)

**ORDER**

It is this 18th day of June, 2008, hereby

ORDERED, that the Government's Motion to Seal, this Order, Petition for Disclosure of Grand Jury Materials, and all the other documents filed in this action be **sealed** until further order of the Court.

David L. Martin
Magistrate Judge
United States District Court for the District of Rhode Island