AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Albert Martin

APPEARANCE

CASE NUMBER: CR08-53-02ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Albert Martin

I certify that I am admitted to practice in this court.

19 June 2008
*Date*

[signature]
*Signature*

MARY JUNE CIRESI 3735
*Print Name* *Bar Number*

127 Dorrance Street
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401/455-9600 401 383 9447
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.