AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JUN 18 2008

# United States District Court

DISTRICT OF RHODE ISLAND
District of Rhode Island

UNITED STATES OF AMERICA

V.

BRUCE G. LAPIERRE, ET AL.

## WARRANT FOR ARREST

CASE NUMBER: CR 08 53-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALBERT R. MARTIN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Defraud the United States (Klein Conspiracy); Tax Evasion

in violation of Title (s) 18; 26 United States Code, Section(s) 371; 7201

| | |
|---|---|
| David L. Martin | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L. Martin | 6-18-08 Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Woonsocket, RI by USMS and IRS | | |
| DATE RECEIVED 06/18/2008 | NAME AND TITLE OF ARRESTING OFFICER Brian McJenness DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06/19/2008 | | |