UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR No. 08-053-02 ML

ALBERT MARTIN

MOTION TO CONTINUE EMPANELMENT AND ENLARGE
TIME FOR FILING PRETRIAL MOTIONS

Now comes Albert Martin, through counsel and requests the Honorable Court to continue the empanelment date and extend time for the filing of pretrial motions in the above captioned matter for a period of ninety (90) days. In support thereof, Mr. Martin submits the attached memorandum in support of his request.

Albert Martin,
By his attorney,

/s/Mary June Ciresi
Mary June Ciresi
127 Dorrance Street
Lower Level
Providence, RI 02903
401.455.9600
401.861.9400
401.383.9447(fax)
mjciresi@ciresilaw.com
RI Bar No. 3739

CERTIFICATION

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

MJCiresi

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR No. 08-053-02 ML

ALBERT MARTIN

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE EMPANELMENT AND ENLARGE TIME FOR FILING PRETRIAL MOTIONS

Mr. Martin has moved this Honorable Court to continue the empanelment date and extend time for filing pretrial motions in this matter. The government has provided voluminous discovery in support of it's allegations of a multi-year conspiracy dating back to 1997. Counsel has been unable to review the discovery provided on CD's and DVD's due to the format of the disks. Counsel will be required to review the paper documentation in the possession of the government.

The requested time is necessary to complete the review of the discovery, conduct the necessary investigation, and to ensure that Mr. Martin fully understands the evidence the government intends to use against him in support of it's case. The time requested is excludable under the Speedy Trial Act 18 U.S.C. § 3161(h)(8). Codefendant Lorraine Martin has requested a continuance and the government had no objection to Mrs. Martin's request. Mr. Martin does not believe the government will object to his request.

Albert Martin,
By his attorney,

/s/Mary June Ciresi
Mary June Ciresi,3739
127 Dorrance Street
Lower Level
Providence, RI 02903
401.455.9600
401.861.9400
401.383.9447(fax)
mjciresi@ciresilaw.com

CERTIFICATION

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

MJCiresi